923 A.2d 229

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ARIEL I. FERNANDEZ, DEFENDANT–PETITIONER.

May 11, 2007.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter

314

is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).